| Form 668 (Z)<br>(Rev. 10-2000) | 4811 | Department of the Treasury - Internal Revenue Service<br>**Certificate of Release of Federal Tax Lien** | |
|---|---|---|---|
| **Area:**<br>WAGE & INVESTMENT AREA #7<br>Lien Unit Phone: (800) 913-6050 | | **Serial Number**<br>660134713 | **For Use by Recording Office**<br>MC 07 - 00049 |

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on ___April 18___ ___2001___, is authorized to note the books to show the release of this lien for these taxes and additions.

**Name of Taxpayer**
C I CASTRO INC , a Corporation

**Residence** PMB 377 BOX 10000
SAIPAN, MP 96950-8900

FILED
Clerk
District Court

SEP 28 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

COURT RECORDING INFORMATION:
Liber  Page  UCC No.  Serial No.
n/a   n/a   n/a      n/a

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/1999 | 98-0143007 | 09/25/2000 | 10/25/2010 | 586.00 |
| 941 | 09/30/1999 | 98-0143007 | 09/25/2000 | 10/25/2010 | 569.00 |
| 941 | 12/31/1999 | 98-0143007 | 09/25/2000 | 10/25/2010 | 552.00 |
| 941 | 03/31/2000 | 98-0143007 | 09/25/2000 | 10/25/2010 | 515.00 |

**********************************************************************************

**Place of Filing**
US DISTRICT COURT OF CNMI
PO BOX 500687
Saipan, MP 96950

Total $ 2222.00

This notice was prepared and signed at ___SAN JUAN, PR___, on this,

the ___12th___ day of ___September___, 2007.

Signature  R. A. Mitchell

Title  Director, Campus Compliance Operations

(**NOTE:** Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE

Form **668 (Z)** (Rev. 10-2000)
CAT. NO 600261